## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lucas Kosner | ) | Case No: 14 C 4923 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| P.F. Chang's China Bistro, Inc. | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiffs' motion to certify the class is withdrawn without prejudice [4]. Pro hac vice motion is granted [19]. Per the Court's 8/28/14 order, this case is related and consolidated with lead case, 14-cv-4787, Lewert v. P.F. Chang's China Bistro, Inc. The clerk is directed to update the docket to reflect the consolidation.

(T:) 00:05

Date: 10/7/14  /s/ Judge John W. Darrah