**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lucas Kosner
                            Plaintiff,

v.                                                               Case No.: 1:14−cv−04923
                                                               Honorable John W. Darrah

P.F. Changs China Bistro, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2014:

      MINUTE entry before the Honorable John W. Darrah: Civil case terminated as of 12/10/14. See opinion dated 12/10/14 in lead case, 14−cv−04787, Lewert v. P.F. Chang's China Bistro, Inc. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.