# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE TO TRANSMIT RECORD ON APPEAL

November 24, 2015

| No. 14-3700 | JOHN LEWERT, individually and on behalf of all others similarly situated, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., a Delaware corporation,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:14-cv-04787<br>Northern District of Illinois, Eastern Division<br>District Judge John W. Darrah | |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-04923<br>Northern District of Illinois, Eastern Division | |

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)